E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

January 14 2020 3:40 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-04253-1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| DANIEL GRAHAM,<br><br>                Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a foreign corporation, TOTAL CLEANING SOLUTIONS, INC., a Washington corporation,<br><br>                Defendant. | No.<br><br>COMPLAINT FOR INJURIES IN TORT |

The plaintiff, by and through his attorney of record, Jeffrey Sadler, of SADLER INJURY LAW GROUP, LLP, alleges and complains as follows:

### I. PARTIES

1.1   Defendant SAFEWAY, INC. was, at all times relevant hereto, a foreign corporation duly organized under the laws of the State of Washington, and conducting operations in Pierce County, Washington. All acts, omissions, and conduct complained of herein were performed or committed by defendant Safeway Inc.'s employees,

COMPLAINT– Page 1

SADLER INJURY LAW GROUP LLP
705 South 9th Street, Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848

representatives, and/or agents, acting within the scope of their employment and authority for which Defendant Safeway Inc. has legal liability.

1.2 At all times relevant hereto, defendant Safeway Inc. owned, operated, and maintained the Safeway store located at 707 South 56th Street in Tacoma, Washington (hereinafter "the Store").

1.3 Defendant TOTAL CLEANING SOLUTIONS, INC., was at all times relevant hereto, a foreign corporation duly organized under the laws of the State of Washington, and conducting operations in Pierce County, Washington. All acts, omissions, and conduct complained of herein were performed or committed by defendant Total Cleaning Solutions, Inc.'s employees, representatives, and/or agents, acting within the scope of their employment and authority for which defendant Total Cleaning Solutions, Inc. has legal liability.

1.4 At all times relevant hereto, Defendant Total Cleaning Solutions, Inc. was a maintenance contractor hired to clean the floors at the above referenced Store.

1.5 Plaintiff Daniel Graham was at all times relevant hereto a resident of Pierce County, Washington.

## II. JURISDICTION AND VENUE

2.1 This court has jurisdiction over the subject matter and the parties involved herein.

## III. FACTS

3.1 On October 28, 2018, Daniel Graham was inside the Store as a business invitee for the purpose of shopping at the Store.

SADLER INJURY LAW GROUP LLP
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848

3.2     While inside the Store, Daniel was walking through the shopping areas when he slipped and fell on a wet floor. The floor in the area of his fall was being cleaned, presumably by Total Cleaning Solutions, Inc. employees.

3.3     There were no warning signs or barricades to protect the area from the deceptive wet and slippery floor. This created an unreasonably unsafe condition at the Store.

3.4     Defendant Safeway, Inc. is liable for the actions or inactions of its employees, representatives, and/or agents under the Doctrine of Respondeat Superior in that its employees, representatives, and/or agents were acting within the course and scope of their representation of and/or employment and/or agency relationship with the defendant Safeway, Inc. when they acted negligently as described above.

## IV. DAMAGES

4.1     As a direct and proximate result of the collision and because of the negligent acts and omissions on part of Defendants, each of them, jointly and severally, Plaintiff suffered bodily injury causing special and general damages.

4.2     As a direct and proximate result of the collision and because of the negligent acts and omissions of Defendants, each of them, jointly and severally, Plaintiff incurred medical expenses and other special expenses in an amount to be proven at the time of trial.

WHEREFORE, Plaintiff prays for judgment against the defendants as follows:

1.      For medical expenses and future medical expenses incurred as a result of the collision caused by the negligence of the defendants.

2.      For general damages incurred as a result of the accident caused by the negligence of Defendants, in an amount to be proven at the time of trial.

3.      For special damages in an amount to be proven at the time of trial.

COMPLAINT – Page 3

SADLER INJURY LAW GROUP LLP
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848

4. For costs and disbursements herein to be expended.

5. For such other and further relief as the court deems just and equitable.

DATED this 14th day of January, 2020.

        SADLER INJURY LAW GROUP, LLP

By: */s/John L. Messina*
John L. Messina, WSBA #4440
705 S 9th St, Ste 305, Tacoma, WA 98405
253.573.1700 | john@sadler-law.com
Attorney for Plaintiff

By: */s/Jeffrey Sadler*
Jeffrey Sadler, WSBA #27136
705 S 9th St, Ste 305, Tacoma, WA 98405
253.573.1700 | jeff@sadler-law.com
Attorney for Plaintiff

COMPLAINT– Page 4

SADLER INJURY LAW GROUP LLP
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848