UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL GRAHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign corporation, TOTAL CLEANING SOLUTIONS, INC., a Washington corporation,<br><br>    Defendants. | NO. 3:20-CV-05206-RSL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## I. STIPULATION

It is hereby stipulated and agreed by and between Plaintiff Daniel Graham and Defendants Safeway, Inc., and Total Cleaning Solutions, Inc., that all claims asserted, or which could have been asserted herein by and between them, shall be dismissed with prejudice and without an award of attorney's fees or costs.

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE     - 1 -
Case No. 3:20-CV-05206-RBL

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 29th day of January, 2021.

| | |
|---|---|
| SADLER INJURY LAW GROUP LLP | BETTS, PATTERSON & MINES, P.S. |
| By *s/Jeffrey Sadler (with email permission)*<br>   Jeffrey Sadler, WSBA# 27136<br>   John L. Messina, WSBA# 4440<br>Attorneys for Plaintiff Daniel Graham | By _____<br>   Natasha Khachatourians, WSBA #42685<br>Attorneys for Defendants Safeway, Inc, and<br>Total Cleaning Solutions, Inc. |

## II.   ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that all claims asserted, or which could have been asserted in this matter, by and between Plaintiff Daniel Graham and Defendants Safeway, Inc., and Total Cleaning Solutions, Inc., are dismissed with prejudice and without an award of attorney's fees or costs.

Dated this 3rd day of February, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE      - 2 -
Case No. 3:20-CV-05206-RBL

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988